# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Meihua Yan, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:24-cv-5403 |
| v. | ) |
| | ) Judge Ellis |
| The Individuals, Partnerships and Unincorporated Associations Identified on Schedule A, | ) |
| | ) |
| | ) |
| Defendants | ) |

## Notice of Motion

PLEASE TAKE NOTICE that on Wednesday, July 3, 2024, 2023, at 9:45am, Plaintiff, by its undersigned counsel, shall appear before the Honorable Sara Ellis in Courtroom 1403 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiff's Ex-Parte Motion for Temporary Restraining Order and Motion for Electronic Service of Process pursuant to Fed. R. Civ. Pro. 4(f)( 3).

June 28, 2024                                                                 Respectfully,

/s/Carla Carter
Carla Carter
Michael Davis
Davis & Carter LLC
53 W. Jackson Blvd., Ste. 1560
Chicago, IL 60604
T: (312) 600-5485
ccarter@daviscarterlaw.com
mdavis@daviscarterlaw.com
*Counsel for Plaintiff*