# EXHIBIT A

(19) 中华人民共和国国家知识产权局

(12) 外观设计专利



(10) 授权公告号 CN 301531712 S
(45) 授权公告日 2011.04.27

(21) 申请号 201030519020.2

(22) 申请日 2010.09.14

(30) 优先权数据
    2010-017148 2010.07.14 JP

(73) 专利权人 株式会社伊奈
    地址 日本爱知县常滑市

(72) 设计人 安藤良彦 小林干也

(74) 专利代理机构 北京律诚同业知识产权代理
    有限公司 11006
    代理人 梁挥

(51) LOC(9)Cl.
    23-01

图片或照片 17 幅 简要说明 1 页

(54) 使用外观设计的产品名称
    冷热水混合水龙头



组装状态图

CN 301531712 S



使用状态参考图

组件 1 俯视图

组件 1 主视图

组件 1 仰视图

组件 1 后视图

组件 2 主视图

组件 1 右视图

组件 2 左视图

组件 2 右视图　　　　　　　　组件 3 左视图

组件 2 俯视图　　　　　　　　组件 3 右视图

组件 2 仰视图　　　　　　　　组件 3 俯视图

组件 3 主视图　　　　　　　　组件 3 仰视图



组装状态图

4

　　1.产品名称:冷热水混合水龙头。

　　2.产品用途:一种截止或调节水流量的装置。

　　3.设计要点:产品外形。

　　4.最能表明该外观设计产品设计要点的图片为:组装状态图。

　　5.由于组件1左视图与组件1右视图对称,因此省略了组件1左视图。由于组件2后视图与组件2主视图对称,因此省略了组件2后视图。由于组件3后视图与组件3主视图对称,因此省略了组件3后视图。