# EXHIBIT A

(19) 中华人民共和国国家知识产权局

(12) 外观设计专利

(10) 授权公告号 CN 301531712 S
(45) 授权公告日 2011.04.27

(21) 申请号 201030519020.2
(22) 申请日 2010.09.14
(30) 优先权数据
　　2010-017148 2010.07.14 JP
(73) 专利权人 株式会社伊奈
　　地址 日本爱知县常滑市
(72) 设计人 安藤良彦　小林干也
(74) 专利代理机构 北京律诚同业知识产权代理
　　　　　　　　 有限公司 11006
　　代理人 梁挥
(51) LOC(9)Cl.
　　23-01

图片或照片 17 幅　简要说明 1 页

(54) 使用外观设计的产品名称
　　冷热水混合水龙头



组装状态图

CN 301531712 S



使用状态参考图

组件1俯视图

组件1主视图

组件1仰视图

组件1后视图

组件2主视图

组件1右视图

组件2左视图

组件 2 右视图

组件 3 左视图

组件 2 俯视图

组件 3 右视图

组件 2 仰视图

组件 3 俯视图

组件 3 主视图

组件 3 仰视图



组装状态图

CN 301531712 S　　　　　　　　简　要　说　明　　　　　　　　1/1 页

    1. 产品名称：冷热水混合水龙头。

    2. 产品用途：一种截止或调节水流量的装置。

    3. 设计要点：产品外形。

    4. 最能表明该外观设计产品设计要点的图片为：组装状态图。

    5. 由于组件 1 左视图与组件 1 右视图对称，因此省略了组件 1 左视图。由于组件 2 后视图与组件 2 主视图对称，因此省略了组件 2 后视图。由于组件 3 后视图与组件 3 主视图对称，因此省略了组件 3 后视图。