# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Yan Meihua

                                      Plaintiff,

v.                                              Case No.:
                                                     1:24−cv−05403

                                                     Honorable Sara L. Ellis

Individuals, Partnerships identified in Schedule A,
et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 16, 2024:

      MINUTE entry before the Honorable Sara L. Ellis: Telephone motion hearing held. The Court denies Defendant's motion to vacate the temporary restraining order [18]. The Court relies on the previously set briefing schedule on Plaintiff's motion for preliminary injunction [15]. The Court encourages the parties to discuss modifying the asset restraint as well the bond posted by Plaintiff. The Court strikes the status hearing set for 7/18/2024. However, Plaintiff should notice its motion for preliminary injunction as to the remaining Defendants for presentment on 7/23/2024 at 9:45 AM. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.