**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Meihua Yan, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:24-cv-5403 |
| v. ) | |
| ) | Hon. Sara Ellis |
| The Individuals, Partnerships and ) | |
| Unincorporated Associations Identified on ) | |
| Schedule A, ) | |
| Defendants ) | |

**PLAINTIFF'S MOTION FOR AN ORDER SUPPLEMENTAL TO THE COURT'S MINUTE ORDER DIRECTING THE CLERK TO ISSUE A SINGLE SUMMONS**

Plaintiff seeks entry of an order supplemental to this Court's ruling on July 3, 2024 granting Plaintiff's Motion for Electronic Service and the Temporary Restraining Order. Plaintiff's Motion for Electronic Service was granted via Minute Order [Dkt 10]. Despite attempts, Plaintiff has been unable to get a copy of the signed proposed order provided to the Court. Plaintiff seeks a supplemental order to be issued directing the Clerk to issue a single summons in the name of THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A that shall apply to all defendants. Plaintiff will then be able to get the summon issued and served in accordance with the previous Minute Order.

Date: July 17, 2024                                                             Respectfully,

                                                                                /s/ Carla Carter
                                                                                Carla Carter
                                                                                Davis & Carter LLC
                                                                                53 W. Jackson Blvd., Ste. 1560

Chicago, IL 60604
T: (312) 600-5485
ccarter@daviscarterlaw.com
*Counsel for Plaintiff*