## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Yan Meihua

                                                Plaintiff,

v.                                                                   Case No.: 1:24−cv−05403

                                                                  Honorable Sara L. Ellis

Individuals, Partnerships identified in Schedule A, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 23, 2024:

      MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held on 7/23/2024. Plaintiff's motion for an order supplemental to the Court's minute order directing the Clerk to issue a single summons [25] is granted. Plaintiff's *ex parte* motion to extend the temporary restraining order [26] is denied as moot. Plaintiff's motion for entry of a preliminary injunction [27] is granted as to all defendants with the exception of Defendants Ceinol−USA. Plaintiff's reply to Defendant Ceinol−USA opposition to motion for entry a preliminary injunction [27] is due by 8/6/2024. Ruling date set for 9/17/2024. Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: (866) 434−5269, Access Code: 8087837. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Please note that the conference call−in will be used by all cases that are on the court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called. Members of the public and media will be able to call in to listen to this hearing (use toll−free number). Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Defendants' responsive pleadings are due by 9/6/2024. Telephone Conference set for 9/18/2024 is stricken and reset to 9/17/2024 at 9:30 AM with joint status report due by 9/10/2024. The Court strikes the presentment date of 7/30/2024 [36] for Defendant's motion to vacate [35] and directs Defendant to re−notice this motion for a date when the Court is sitting. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.