UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Meihua Yan,<br><br>      Plaintiff,<br><br>  v.<br><br>The Individuals, Partnerships and Unincorporated Associations Identified on Schedule "A,"<br><br>      Defendants. | Case No. 1:24-cv-05403<br><br>Honorable Sara L. Ellis |

## JOINT PETITION TO MODIFY ASSET RESTRAINT AS TO DEFENDANT FORIOUS

In the Court's July 16, 2024, Order (Dkt. 24), the Court stated that it "encourages the parties to discuss modifying the asset restraint. . . ."

Pursuant to that Order, the parties have discussed modifying the asset restraint and have agreed that the asset restraint against Defendant FORIOUS on Amazon.com should be limited to no more than $635,000. This agreement applies to amounts restrained with Amazon only. Accordingly, the Parties submit the attached proposed order modifying the TRO entered on July 2, 2024.

| | |
|---|---|
| /s/ Michael Davis | /s/ Marina N. Saito |
| Carla Carter<br>Michael Davis<br>Davis & Carter LLC<br>53 W. Jackson Blvd., Ste. 1560<br>Chicago, IL 60604<br>ccarder@daviscarderlaw.com<br>mdavis@daviscarterlaw.com<br>(312) 600-5485<br><br>*Counsel for Plaintiff,*<br>*Meihua Yan* | Edward H. Rice<br>Marina N. Saito<br>Law Office of Edward H. Rice, LLC<br>555 Skokie Blvd., Suite 500<br>Northbrook, IL 60062<br>ed@edwardricelaw.com<br>marina@edwardricelaw.com<br>(312) 953-4566<br><br>*Counsel for Defendant,*<br>*FORIOUS* |