amazon Deliver to Nicholas Chicago 60604 | Industrial & Scientific | Search Amazon | EN | Hello, Nicholas Account & Lists | Returns & Orders | 0

All | Same-Day Delivery | Medical Care | Essentials | Amazon Basics | Prime | Best Sellers | Groceries | Livestreams | Household, Health & Baby Care

Industrial & Scientific | Janitorial & Facilities | Safety Supplies | Medical Supplies | Food Service | Diagnostic Equipment | Material Handling | Educational Supplies

Sponsored

Tools & Home Improvement › Kitchen & Bath Fixtures › Bathroom Fixtures › Bathroom Sink Faucets & Parts › Touch On Faucets

Click image to open expanded view

# Dyconn Faucet WS3H11-BN Hoover 3 Hole Widespread Bathroom Faucet (Brushed Nickel)

Brand: Dyconn Faucet

5.0 ★★★★★ 1 rating

Currently unavailable.

We don't know when or if this item will be back in stock.

| | |
|---|---|
| **Brand** | Dyconn Faucet |
| **Mounting Type** | Deck Mount |
| **Finish Type** | Brushed |
| **Material** | Brass |
| **Color** | Brushed Nickel |
| **Number of Handles** | 2 |

See more

## About this item

- 3-Hole Sink Configuration and Two Lever Handles
- Drip Free Disc Cartridge for Smooth and Long Lasting Operation
- Complete with Hot & Cold Water Hoses & Accessories
- 3 Year Manufacturers Warranty

› See more product details

Report an issue with this product or seller

Sponsored

**Currently unavailable.**

We don't know when or if this item will be back in stock.

Deliver to Nicholas - Chicago 60604

Add to List

Sponsored

## Smart Home deals for you



7/26/24, 4:14 PM                    Dyconn Faucet WS3h11-BN 3 Hole Widespread Bathroom Faucet (Brushed Nickel): Amazon.com: Tools & Home Improve…

Case 1:24-cv-05403 Document #: 48-1 Filed: 08/08/24 Page 2 of 7 PageID #:444



**Govee RGBIC Cylinder Floor Lamp, LED Corner Floor Lamp with Wi-Fi…**
★★★★½ 565
Amazon's Choice in Floor Lamps
**35% off** Limited time deal
**$109.99**
List: $169.99
Get it as soon as **Wednesday, Jul 31**
FREE Shipping by Amazon

**Kasa Smart Bulb, 1000 Lumens Full Color Changing Dimmable Smart WiFi Light Bulb…**
★★★★½ 2,238
**33% off** Limited time deal
**$19.99**
List: $29.99
Get it as soon as **Wednesday, Jul 31**
FREE Shipping on orders over $35 shipped by Amazon

**Govee Electric Space Heater, 1500W Smart Space Heater with…**
★★★★½ 3,112
Amazon's Choice in Indoor Electric Space Heaters
**40% off** Limited time deal
**$59.99**
List: $99.99
Get it as soon as **Wednesday, Jul 31**
FREE Shipping by Amazon

**Kasa Smart Plug Power Strip KP303, Surge Protector with 3 Individually Controlled…**
★★★★½ 14,681
**23% off** Limited time deal
**$22.98**
List: $29.99
Get it as soon as **Wednesday, Jul 31**
FREE Shipping on orders over $35 shipped by Amazon

## Products related to this item
Page 1 of 3
Sponsored ⓘ


**Classical Bathroom faucets for Sink 3 Holes, 8 inch Bathroom Faucet, Widespread Bru…**
★★★★½ 190
**$62⁹⁹**
✓prime
**Save 30%** with coupon


**Homewerks 29-B413S-HW Waterfall 4" Centerset Touchless Brushed Nickel…**
★★★★½ 6
**$92⁷⁹**
✓prime


**VIGO Duris 12 inch H Single Hole Single Handle Bathroom Faucet in Brushed Nickel - …**
★★★★ 59
**$159⁹⁰**


**Antique Brass Unique Designer Plumbing Fixtures Single Hole Long Curve Spout…**
★★★★½ 334
**$55⁰⁰**
✓prime
**Save 6%** with coupon


**Krowne Silver Series 8" Center Wall Mount Faucet, 10" Spout**
★★★★½ 202
**$82⁴¹**
✓prime


**AMAZING FORCE Handle Bathroom Faucet, Centerset Bathroom Fauce…**
★★★★½ 170
**$21⁹⁹**
✓prime

## Looking for specific info?

🔍 Ask about this product

## Product information

### Technical Details

| | |
|---|---|
| Brand | Dyconn Faucet |
| Mounting Type | Deck Mount |
| Finish Type | Brushed |
| Material | Brass |
| Color | Brushed Nickel |
| Number of Handles | 2 |
| Included Components | Drawer, Instruction Manual, Handle |
| Hole Count | 3 |
| Special Feature | Easy to Install |
| Handle Type | Lever |

### Additional Information

| | |
|---|---|
| ASIN | B07C5F234G |
| Customer Reviews | 5.0 ★★★★★ ▾  1 rating<br>5.0 out of 5 stars |
| Date First Available | April 12, 2018 |

### Feedback

Would you like to **tell us about a lower price?** ▾

| | |
|---|---|
| Style | Contemporary |
| Installation Type | Widespread |
| Handle Material | Brass |
| Spout Height | 4 Inches |
| Spout Reach | 10 Inches |
| Manufacturer | DYCONN FAUCET |
| UPC | 819788016017 |
| Package Dimensions | 15.5 x 11.5 x 3.25 inches |
| Is Discontinued By Manufacturer | No |
| Finish | Brushed |
| Special Features | Easy to Install |
| Batteries Included? | No |
| Batteries Required? | No |

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product Description

Upgrading your bathroom is easy with the Dyconn Faucet Widespread Bathroom Faucet. With its elongated spout and Modern European design makes this faucet the perfect choice for more Contemporary bathrooms decor. This bathroom faucet will compliment your home improvement project and add a lavish luxurious feel while protecting your health safety and the environment. Package includes faucet two Brushed Nickel lever handles hot & cold water hoses mounting hardware and installation instructions. Features. Easy to Install.. Two Handles.. Durable Solid Brass Construction.. Convenient Long Spout. Installation Method - Surface-Mounted. Specifications. Number of Holes - 3.. Spout Reach - 8 in.. Spout Height - 4 in.. Overall Height - 5.75 in.. Number of Handles - 2.. Water Hose Length - 10 in.. Item Weight - 4.5 pounds.

## Based on your recent views
Page 1 of 67

Sponsored 

     

| KES Black Bathroom Faucet 8 Inch Widespread Bathroom Faucets 3 Hole Vanity… | FORIOUS Antique Black Bathroom Faucets, Bathroom Sink Faucet Two Handle 3 Hole,… | PARLOS Matte Black Widespread Bathroom Faucet with Metal Pop Up Drain and cUPC… | Wall Mount Tub Filler Roman Tub Faucet High Flow Long Spout Reach Brushed Nickel Ba… | Delta Faucet Geist Widespread Bathroom Faucet 3 Hole, Matte Black Bathroom… | PARLOS 2-Hand Widespread 8 in Bathroom Sink F Hole Vanity Fau… |
|---|---|---|---|---|---|
| 651 | 51 | 1,180 | 96 | 518 | 21 |
| $76⁴² | $69⁹⁹ | $62⁹⁹ | $199⁹⁹ | $103⁸⁸ | $49⁹⁹ |
| prime | prime | prime | prime | prime | prime |
| Save $6.00 with coupon | Save 40% with coupon | | Save $30.00 with coupon | | |

7/26/24, 4:14 PM  Dyconn Faucet WS3H11-BN Bowmen Hole Widespread Bathroom Faucet (Brushed Nickel): Amazon.com: Tools &Home Improve…

Case: 1:24-cv-05403 Document #: 48-1 Filed: 08/08/24 Page 4 of 7 PageID #:446

sponsored ⓘ

## Customer reviews

★★★★★ 5 out of 5

1 global rating

| 5 star | 100% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

∨ How customer reviews and ratings work

---

**Review this product**

Share your thoughts with other customers

Write a customer review

---

Sponsored ⓘ

Top reviews ▾

**Top review from the United States**

Amazon Customer

★★★★★ **Beautifiul**

Reviewed in the United States on December 17, 2018

**Verified Purchase**

Great addition to our remodel. Used in 2 of the 4 bathrooms.

One person found this helpful

Helpful | Report

See more reviews ›

---

You might also like   Page 1 of 10   ⋮

7/26/24, 4:14 PM Dyconn Faucet WS3H11-BN 8-inch 2-Hole Widespread Bathroom Faucet (Brushed Nickel): Amazon.com: Tools & Home Improve…

Case: 1:24-cv-05403 Document #: 48-1 Filed: 08/08/24 Page 5 of 7 PageID #:447







TRUSTMI Bathroom Faucet 2 Handle 8 Inch Brass Sink Faucet 3 Hole Widespread with 360 Degree Swivel Spout, cUPC Water Supply Lin…
★★★★☆ 1,124
$59.99

Delta Faucet Modern Single Hole Bathroom Faucet, Brushed Nickel Single Handle Bathroom Faucet, Bathroom Sink Faucet, 1.2 GPM, Drain…
★★★★☆ 2,886
$125.42

VOTON Waterfall Bathroom Faucets Brushed Nickel Modern Bathroom Sink Faucet Single Handle Bathroo…
★★★★☆ 2,506
$43.99
Get it as soon as **Wednesday, Jul 31**
FREE Shipping by Amazon

Lead-Free Commercial 2-Handle Brushed Nickel Bathroom Sink Faucet, 360° Swivel High-Arc Spout 4 Inch Centerset…
★★★★☆ 1,441
$35.99
Get it as soon as **Wednesday, Jul 31**
FREE Shipping by Amazon
Only 9 left in stock - order…

Luxury Widespread Bathroom Sink Faucet 3 Hole, 2-handle 8 Inch Bathroom Vanity Fau… with Matching Pop-u…
★★★★☆ 622
$89.99
Get it as soon as **Wednesday, Jul 31**
FREE Shipping by Amazon

Sponsored ⓘ

## Inspired by your browsing history   See more   Page 1 of 9





A3 Light Pad, TOHETO Wireless Battery Powered Light Box 3 Colors Stepless Dimmable and 6 Levels of Brightness Lig…
★★★★☆ 1,821
$69.99
Get it as soon as **Wednesday, Jul 31**
FREE Shipping by Amazon

ARTDOT A4 LED Light Pad for Diamond Painting Kits for Adults, USB Powered Adjustable Brightness Diamond Ar…
★★★★☆ 43,974
$16.99
Get it as soon as **Wednesday, Jul 31**
FREE Shipping on orders over $35 shipped by Amazon

LitEnergy A4 LED Copy Board Light Tracing Box, Ultra-Thin Adjustable…
★★★★☆ 23,687
**#1 Best Seller** in Artists Light Boxes
**38% off** Limited time deal
$15.98
List: $25.98
Get it as soon as **Wednesday, Jul 31**
FREE Shipping on orders over $35 shipped by Amazon

WELZK Light Board A3, 16.6×12.6inchs Light Pad, Side Button Design, 9 Levels/Stepless Dimming, Light Box Widely for…
★★★★☆ 2,379
$19.99
Get it as soon as **Wednesday, Jul 31**
FREE Shipping on orders over $35 shipped by Amazon



HSK A2 Artist tracing Light Box Copy Table 12V2A Adapter Dimmerable 5000 Lu Lock/Unlock Button…
★★★★☆ 13,534
$59.99
Get it as soon as **Wednesday, Jul 31**
FREE Shipping by Amazon

## More items to consider   See more   Page 1 of 10

7/26/24, 4:14 PM    Dyconn Faucet ws3h11-BN Bathroom Home: Widespread Bathroom Faucet (Brushed Nickel): Amazon.com: Tools & Home Improve…

Case: 1:24-cv-05403 Document #: 48-1 Filed: 08/08/24 Page 6 of 7 PageID #:448







XTF2015 Led Flag Net Lights of The United States, Waterproof American Flag String Light for…
4,711
$19.99
Get it as soon as **Wednesday, Jul 31**
FREE Shipping on orders over $35 shipped by Amazon

Ollny Net Lights Outdoor Mesh Lights IP67 Waterproof, 200LED 9.8x6.6ft Warm White Christmas Net Lights,…
2,616
$19.99 ($2.04/Foot)
Get it as soon as **Wednesday, Jul 31**
FREE Shipping on orders over $35 shipped by Amazon

420 LED American Advanced Flag String Lights, Waterproof Led Flag Net Light of The United States for…
6,234
$19.89
Get it as soon as **Wednesday, Jul 31**
FREE Shipping on orders over $35 shipped by Amazon

YULIANG LED American Flag Lights,6.5ft*3.2ft Waterproof Led Flag Net Light Outdoor for 4th o…
1,505
**Amazon's Choice** in Outdoor Flags & Banners
$22.99
Get it as soon as **Wednesday, Jul 31**
FREE Shipping on orders over $35 shipped by Amazon

HYH American Flag L… with 420 Super Brigh… LEDs Waterproof Le… Net Light of The Uni…
12,830
**20% off** **Limited time**
$18.39
Typical: $22.99
Get it as soon as Wedne… **Jul 31**
FREE Shipping on… $35 shipped by Amazon

## Your Browsing History     View or edit your browsing history     Page 1 of 6












**Back to top**

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
›See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help


English

United States

| Amazon Music<br>Stream millions of songs | Amazon Ads<br>Reach customers wherever they spend their time | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Sell on Amazon<br>Start a Selling Account | Amazon Business<br>Everything For Your Business |

7/26/24, 4:14 PM  Dyconn Faucet WS3H11-BN Bellwether Home Widespread Bathroom Faucet (Brushed Nickel): Amazon.com: Tools & Home Improve…

Case: 1:24-cv-05403 Document #: 48-1 Filed: 08/08/24 Page 7 of 7 PageID #:449

| Amazon Fresh<br>Groceries &<br>More<br>Right To Your<br>Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office<br>Mojo<br>Find Movie<br>Box Office<br>Data | Goodreads<br>Book reviews<br>&<br>recommendations |
|---|---|---|---|---|---|---|
| IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals<br>Need | Kindle Direct Publishing<br>Indie Digital & Print<br>Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion<br>Brands | Amazon Resale<br>Great Deals on<br>Quality Used<br>Products |
| Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security<br>Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart<br>Security<br>for Every<br>Home | Neighbors App<br>Real-Time Crime<br>& Safety Alerts |
| | | Amazon Subscription<br>Boxes<br>Top subscription boxes –<br>right to your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates