# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Meihua Yan, | ) |
|           Plaintiffs, | ) |
| | ) Case No. 1:24-cv-5403 |
| v. | ) |
| | ) Hon. Sharon Coleman |
| The Individuals, Partnerships and | ) |
| Unincorporated Associations Identified on | ) |
| Schedule A, | ) |
|           Defendants | ) |

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT No. 10**

Plaintiff Meihua Yan., by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action, with prejudice, as against following Defendant No. 10 "Hamoler" as listed on Schedule A.

Respectfully submitted,

/s/Michael Davis___
Carla Carter
Michael Davis
Davis & Carter LLC
53 W. Jackson Blvd., Ste. 1560
Chicago, IL 60604
T: (312) 600-5485
ccarter@daviscarterlaw.com
mdavis@daviscarterlaw.com
*Counsel for Plaintiff*