# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MEIHUA YAN,<br><br>     Plaintiff,<br><br> v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>     Defendants. | Case No.: 24-cv-05403 |

## PLAINTIFF'S MOTION FOR ORDER TO RELEASE TRO BOND

Under the Court's July 2, 2024 Temporary Restraining Order (Dkt. 13), Plaintiff posted a $10,000 injunction bond (TRO Bond) with the Court on July 9, 2024.

On November 11, 2025, this entire action including all claims and counter-claims is dismissed with prejudice (Dkt. 194); thus, the Court is respectfully requested to release the TRO Bond. A Proposed Order is concurrently filed.

///

///

///

Date: January 6, 2026                    Respectfully submitted,


                                         /s/ Zheng "Andy" Liu
                                         Zheng "Andy" Liu (CBN 279327)
                                         *Aptum Law*
                                         1660 S Amphlett Blvd Suite 315
                                         San Mateo, CA 94402
                                         Email: Andy.Liu@AptumLaw.us
                                         Phone: 650-475-6289

                                         *ATTORNEY FOR PLAINTIFF*