UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MEIHUA YAN,<br><br>                      Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>                      Defendants. | Case No.: 24-cv-05403 |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT on Tuesday, January 13, 2026, at 9:45 a.m., Plaintiff, by its undersigned counsel, shall appear by telephone before the Honorable Sara Ellis in Courtroom 1403 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois and present Plaintiff's Motion for Order to Release Temporary Restraining Order Bond.

///

///

///

Date: January 6, 2026            Respectfully submitted,

<div style="margin-left:50%">

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CBN 279327)
*Aptum Law*
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*ATTORNEY FOR PLAINTIFF*

</div>