**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Yan Meihua

                        Plaintiff,

v.                                        Case No.:
                                            1:24−cv−05403
                                            Honorable Sara L. Ellis

Individuals, Partnerships identified in Schedule A,
et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 13, 2026:

      MINUTE entry before the Honorable Sara L. Ellis: Telephonic motion hearing held. Plaintiff's motion for order to release bond [195] is granted as stated on the record. Injunction bond posted with the Court on 7/9/2024 is released to Plaintiff's counsel. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.