UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MEIHUA YAN,<br><br>          Plaintiff,<br><br>    v.<br><br>THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>          Defendants. | Case No.: 1:24-cv-05403 |

## ORDER RELEASING PLAINTIFF'S TRO BOND

Under the July 2, 2024 Temporary Restraining Order (Dkt. 13), Plaintiff posted a $10,000 cash bond (TRO Bond) with the Court on July 9, 2024.

On November 11, 2025, this entire action including all claims and counter-claims was dismissed with prejudice, and the case is now closed (Dkt. 194). The Court thus orders that the $10,000 cash bond, plus any accrued interest, be released to the Plaintiff's Counsel at the following mailing address:

Zheng Liu,
Counsel for Plaintiff Meihua Yan
750 Alma Lane #8244
Foster City, CA 94404.

Date: January 14, 2026

IT IS SO ORDERED.

_____
Sara L. Ellis
United States District Judge